UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:16 CR 00030-01 |
| VS. | : | JUDGE MINALDI |
| RAUL ALEXANDER SORIANO (01) | : | MAGISTRATE JUDGE KAY |

JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Raul Alexander Soriano, is ACCEPTED and that he is adjudicated guilty of the offense charged in Count Three of the Indictment.

Lake Charles, Louisiana, this 28 day of April, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 37 issued April 25, 2016.